UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID HOLLOWAY,

    Petitioner,                                          Case No. 08-10397
                                                        HON. BERNARD A. FRIEDMAN

vs.

BARRY D. DAVIS,

    Respondent.
_____/

## **MEMORANDUM OPINION AND ORDER**

This matter is before the Court on Magistrate Judge Paul J. Komives' Report and Recommendation dated June 21, 2010. No objections were filed thereto.

This Court had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

ACCORDINGLY:

IT IS HEREBY ORDERED that Magistrate Judge Paul J. Komives' Report and Recommendation dated June 21, 2010, is hereby accepted and adopted.

IT IS FURTHER ORDERED that Petitioner's Application for the Writ of Habeas Corpus is DENIED.

IT IS FURTHER ORDERED that Petitioner is DENIED a Certificate of Appealability.


Dated: July 16, 2010                       S/Bernard A. Friedman_____
     Detroit, Michigan                BERNARD A. FRIEDMAN
                                            UNITED STATES DISTRICT JUDGE